**Charles Davis BURRELL, Plaintiff–Appellant,**

v.

**UNITED STATES of America; United States Department of Defense; United States Army; Burden Sykes, Defendants–Appellees.**

**No. 02–1025.**

United States Court of Appeals, Fourth Circuit.

Submitted April 5, 2002.

Decided April 23, 2002.

Charles Davis Burrell, Appellant Pro Se. Debra Jean Prillaman, Assistant United

**86**

States Attorney, Richmond, Virginia, for Appellees.

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Charles Davis Burrell appeals the district court's order dismissing his complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Burrell v. United States,* No. CA–01–333 (E.D.Va. Oct. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*